*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KIRKBY, MCCOY, and GANNON
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Aiden B. SCHLUETER**
Private (E-1), U.S. Marine Corps
*Appellant*

**No. 202400255**

_____

Decided: 16 January 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Kimberly J. Kelly

Sentence adjudged 26 April 2024 by a special court-martial tried at Naval Air Station, Pensacola, Florida consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 12 months, forfeiture of two-thirds pay per month for 12 months, and, a bad-conduct discharge.

For Appellant:
*Lieutenant Commander Brendan C. Horgan, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

*[signature]*

MARK K. JAMISON
Clerk of Court

_____

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.